ORDER denying 89 Rule 72(a) Appeal. Federal Rule of Civil Procedure 72(a) requires a district judge to "modify or set aside any part of the [magistrate judge's] order that is clearly erroneous or is contrary to law." An order is "clearly erroneous if, based on all the evidence, a reviewing court 'is left with the definite and firm conviction that a mistake has been committed,'" *Storms v. United States*, No. 13−CV−811, 2014 WL 3547016, at *4 (E.D.N.Y. July 16, 2014) (quoting *United States v. Murphy*, 703 F.3d 182, 188 (2d Cir. 2012)), and "is 'contrary to law' when it fails to apply or misapplies relevant statutes, case law, or rules of procedure," *Weiner v. McKeefery*, No. 11−CV−2254, 2014 WL 2048381, at *3 (E.D.N.Y. May 19, 2014) (citation omitted). A Rule 72(a) appeal is subject to "a highly deferential standard of review" and "imposes a heavy burden on the objecting party." *Regan v. Daimler Chrysler Corp.*, No. 07−CV−1112, 2008 WL 2795470, at *1 (E.D.N.Y. July 18, 2008) (citation omitted).

The plaintiff asks this Court to reverse "the portion of Magistrate Judge Bloom's May 15th, 2025 Order... that denied [his] second motion for sanctions and grant the motion in entirety." (ECF No. 89 at 2−3.) In support of this request, however, the plaintiff raises the same arguments he raised in his original motion, which Judge Bloom found did "not demonstrate that AAG Berg's statements were 'utterly lacking in support.'" (ECF No. 88 at 4 (quoting *Kiobel v. Millson*, 592 F.3d 78, 81 (2d Cir. 2010)).

The plaintiff's motion for sanctions was not dispositive. *Humphreys v. New York City Health & Hosps. Corp.*, No. 16−CV−9707, 2023 WL 155446, at *2 (S.D.N.Y. Jan. 11, 2023). In any event, it was also well within Judge Bloom's discretion to deny; the plaintiff's proffered evidence does not establish that Mr. Berg made any misrepresentations to the Court. *Mestecky v. New York City Dep't of Educ.*, No. 13−CV−4302, 2016 WL 7217637, at *3 (E.D.N.Y. Dec. 12, 2016) (rejecting Rule 72(a) objections because magistrate's "denial of [a] motion for sanctions was within the appropriate exercise of her sound discretion and is adequately justified on the factual record"). The plaintiff is not entitled to a hearing on this matter.

In short, the plaintiff has not shown that Judge Bloom's decision is clearly erroneous or is contrary to law. Accordingly, his Rule 72(a) appeal is denied. Ordered by Judge Ann M. Donnelly on 5/29/2025. (CE) (Entered: 05/29/2025)